[No. 15143–6–I. Division One. April 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CARROLL
WAYNE WALDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00143–1, John E. Rutter, Jr., J.,
entered July 27, 1984. *Reversed* and *remanded* by unpub-
lished opinion per Swanson, J., concurred in by Scholfield,
C.J., and Johnsen, J. Pro Tem.

[Nos. 15604–7–I; 17135–6–I. Division One. April 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JASON STANSBERRY, *Appellant.*

*In the Matter of the Personal Restraint of*
JASON STANSBERRY, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–03048–0, Stephen M. Gaddis, J. Pro
Tem., entered October 31, 1984, together with a petition for
relief from personal restraint. *Dismissed* by unpublished
per curiam opinion.

[No. 15536–9–I. Division One. April 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMALINA
J. TALAGA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–03057–9, Rosselle Pekelis, J., entered
October 12, 1984. *Dismissed* by unpublished per curiam
opinion.